# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | ☐ LA ☑ RS ☐ SA   DATE FILED: 2/4/2025 |
| | CASE NUMBER: 5:25mj37-Duty   ☐ Under Seal |
| v. | INIT. APP. DATE: 2/6/2025   TIME: 2:00 PM |
| Francisco Javier Abonce-Vargas | CHARGING DOC: Local Complaint |
| | DEFENDANT STATUS: In Custody |
| | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| DEFENDANT. | VIOLATION: 8:1326 |
| | COURTSMART/REPORTER: CS-RJ-4 |

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Sheri Pym

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Kimberly Carter (Deputy Clerk)   Mitchell Suiman (Assistant U.S. Attorney)   Spanish (Interpreter / Language)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is ____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☒ Attorney: Luisa Patricia Tamez   ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order) ☐ Special appearance by: ____
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Contested detention hearing is held. ☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT   ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.
☒ Preliminary Hearing set for 2-20-2025 at ~~11:30 AM~~ 4:30 pm in Riverside
☒ Post-Indictment Arraignment set for 2-25-2025 at ~~8:30 AM~~ 10:00 a.m. in Riverside
☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to ____ District of ____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before ____
   ☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____
   ☐ Warrant of removal and final commitment are ordered stayed until ____
☐ Case continued to (Date) ____ (Time) ____ ☐ AM / ☐ PM
☐ Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom ____ ☐ Judge's Courtroom ____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ____).
☐ Other:

RECEIVED: ☒ PSA ☐ PROBATION ☒ FINANCIAL ☒ CR-10   ☒ READY   Deputy Clerk Initials: KC   8 minutes